**Viola AHLGREN, as Administratrix of the Estate of Glenn Ahlgren, Deceased, Plaintiff-Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Defendant-Respondent.**

Circuit Court of Appeals, Second Circuit.
October 21, 1929.

No. 20.

Ward, Flynn, Spring & Tillou, of Buffalo, N. Y. (William J. Flynn, and Martin G. Phillips, both of Buffalo, N. Y., of counsel), for appellant.

Harold J. Adams, of Buffalo, N. Y. (Percy R. Smith, of Buffalo, N. Y., of counsel), for respondent.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. The judgment is affirmed, on the authority of Chesapeake & O. R. R. Co. v. Nixon, 271 U. S. 218, 46 S. Ct. 495, 70 L. Ed. 914.

**Ignacio ANGUIANO, Appellant, v. W. W. KNOPP, Immigration Inspector, Appellee.**

Circuit Court of Appeals, Fifth Circuit.
November 20, 1929.

Rehearing Denied December 14, 1929.

No. 5668.

Howell J. Mueller, of San Antonio, Tex. (Hirshberg, Stone & Mueller and Howell J. Mueller, all of San Antonio, Tex., on the brief), for appellant.

John D. Hartman, U. S. Atty., of San Antonio, Tex., for appellee.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment is affirmed.

**James ARBOGAST, Appellant, v. UNITED STATES, Appellee.**

Circuit Court of Appeals, Fourth Circuit.
November 18, 1929.

No. 2917.

William T. George, of Philippi, W. Va., for appellant.

Russell L. Furbee, Asst. U. S. Atty., of Fairmont, W. Va. (Arthur Arnold, U. S. Atty., of Piedmont, W. Va., on the brief), for the United States.

Before WADDILL and PARKER, Circuit Judges, and SOPER, District Judge.

PER CURIAM. After a careful consideration of the record herein, we do not think that any of the assignments of error has sufficient merit to justify discussion. The question in the case was a question of fact, which has been resolved against defendant by the jury. There was no error in the rulings of the court, and its judgment will accordingly be affirmed.

Affirmed.

**Jerry BASSETT, Appellant, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit.
October 10, 1929.

No. 8726.

Fred W. Lewis, of Kansas City, Mo., for appellant.

Chet A. Keyes, Asst. U. S. Atty., of Kansas City, Mo.

PER CURIAM. Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee, under rule 16.